The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. <u>Riverside Reginal Jail Authority and
   VML Insurance Program</u>
   v. <u>Morrisa Dugger</u>
   Record No. 0153-17-2
   Opinion rendered by Judge Humphreys on
   July 25, 2017

2. <u>Janine Helen Adam Browning</u>
   v. <u>Larry Grant Browning</u>
   Record No. 2012-16-3
   Opinion rendered by Judge Russell on
   July 25, 2017

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Deborah MacDougall
    v. Richard S. Levick
   Record No. 1981-14-4
   Richard S. Levick
    v. Deborah MacDougall
   Record No. 1982-14-4
   Opinion rendered by Judge McCullough
     on February 23, 2016
   Judgment of Court of Appeals reversed and matter remanded to this Court for remand
     to the trial court for further proceedings by opinion rendered on November 2, 2017
   (160540 and 160551)

2. Gregory Edward Leonard, II
    v. Commonwealth of Virginia
   Record No. 0135-15-1
   Opinion rendered by Judge Russell
     on April 26, 2016
   Judgment of Court of Appeals reversed and final judgment entered reinstating
     appellant's conviction of DUI, third or subsequent offense within five years by
     opinion rendered on October 19, 2017 (160952)

3. Cynthia Leatrice Porter
    v. Commonwealth of Virginia
   Record No. 0738-15-3
   Opinion rendered by Judge Petty
     on May 3, 2016
   Refused (161727)

4. Cedric Detavius Sandidge
    v. Commonwealth of Virginia
   Record No. 1851-15-3
   Opinion rendered by Judge AtLee
     on December 20, 2016
   Refused (170104)

5. Thomas Synan, II
    v. Commonwealth of Virginia
   Record No. 0795-15-2
   Opinion rendered by Judge Alston
     on January 24, 2017
   Refused (170253)

6. Sheng Jie Jin
   v. Commonwealth of Virginia
   Record No. 0457-16-2
   Opinion rendered by Judge Petty
      on February 14, 2017
   Refused (170363)

7. Amanda Barbara Nichole Taylor
   v. Commonwealth of Virginia
   Record No. 0543-16-3
   Opinion rendered by Judge Petty
      on March 14, 2017
   Refused (170465)

8. Crystal Ann Coomer
   v. Commonwealth of Virginia
   Record No. 1017-16-3
   Opinion rendered by Judge Humphreys
      on April 4, 2017
   Refused (170603)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court

1.  Kimberlee Dietz
    v. Commonwealth of Virginia
    Record No. 0861-15-1
    Memorandum opinion rendered by Senior Judge Felton on May 3, 2016
    Judgment of Court of Appeals affirmed by opinion rendered on
      September 7, 2017
    (160857)